UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTHA JARAMILLO,

      Plaintiff

v.

ZWICKER & ASSOCIATES, P.C.;
JOHN DOES and JANE DOES,
      Defendants

Case No.: 1:13-cv-10029-WGY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the parties hereby stipulate that all of Plaintiff's claims be dismissed with prejudice, each party to bear its own attorney's fees and costs. It is further stipulated that no monetary consideration has been paid in connection with this dismissal.

_____
Kevin Crick, Esq.
BBO # 680950
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Ste 902
Andover, MA 01810
Tel. 978-212-3300
Fax: 978-409-1846
kevinc@consumerlawfirmcenter.com
ATTORNEYS FOR PLAINTIFF

_____
Robert W. Thuotte, Esq.
BBO #497490
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810
Tel. 866-367-9942 ext. 3112
Fax 978-686-6831
rthuotte@zwickerpc.com
ATTORNEY FOR DEFENDANT

Dated: _March 4, 2013_